**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SPINDY CHARLATAN, et al.
   Plaintiff

v.            Case No. 7:19–cv–00199–WLS–TQL

CLAYTON COUNTY GOVERNMENT , et al.
    Defendant.

---

### ORDER OF REFERRAL

  IT IS ORDERED that the above–captioned matter is hereby referred to Magistrate Judge THOMAS Q LANGSTAFF pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72. The Magistrate Judge has been designated to hear and determine all pretrial matters pending before the court, except for dispositive motions. The Magistrate Judge will make recommendations to the District Judge on dispositive motions. Dispositive motions include motions for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss for failure to state a claim, or to dismiss or permit maintenance of a class action.

  Within FOURTEEN (14) DAYS after being served with any nondispositive order or with any proposed findings or recommendations on dispositive motions, any party herein may serve and file written objections thereto with the Clerk of Court; said objections will then be reviewed and considered by the District Judge to whom said case is assigned.

  Under 28 U.S.C. § 636(c)(1), the parties may consent to have the Magistrate Judge conduct all proceedings in a jury or non–jury civil matter, including trial of the case and entry of final judgment. If all parties hereafter consent, the Magistrate Judge will conduct all proceedings in the case and order the entry of final judgment. Any appeal of such judgment will be made directly to the Eleventh Circuit Court of Appeals.

  SO ORDERED The 21st of November 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk
At the Direction of the Court