**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SPINDY CHARLATAN and MARIE  :
SAINVIL,
                             :
                             :
         **Plaintiffs,**        :
    VS.                      :          NO. 7:19-CV-00199-WLS-TQL
                             :
CLAYTON COUNTY               :
GOVERNMENT, *et al.*,          :
                             :
         **Defendants.**        :
_____  :

**ORDER**

Presently pending before the Court is a Complaint filed pursuant to 42 U.S.C. §

1983 by *pro se* Plaintiffs Spindy Charlatan and Marie Sainvil.[1]   Plaintiffs have also moved

for leave to proceed *in forma pauperis* in this action (ECF No. 4).   For the following

reasons, Plaintiffs will be required to amend and/or supplement the Complaint if they wish

to proceed with their claims.

The Prison Litigation Reform Act ("PLRA") places some limitations on "a

prisoner" who wishes to file a civil action or appeal.  *See, e.g.,* 28 U.S.C. § 1915(a)(2)

(requiring prisoner who is granted leave to proceed *in forma pauperis* to pay full amount of

filing fee in installments based on funds available); 28 U.S.C. § 1915A (requiring courts to

review complaint filed by prisoner seeking redress against government employees or

entities and to dismiss complaint if it is frivolous, malicious, or fails to state a claim upon

_____

[1] Plaintiff Charlatan's name is also spelled as "Charlotin" in the documents filed with the
Court.

which relief may be granted).   Plaintiffs' Complaint states that Plaintiff Charlatan was "locked up in a Haitian prison" after he was deported from the United States.   Compl. 4, ECF No. 1.   It is unclear from this statement whether Plaintiff Charlatan was a "prisoner" at the time this Complaint was filed.   Plaintiffs are therefore **ORDERED** to amend or supplement their Complaint to explain whether Plaintiff Charlatan was a prisoner at the time this Complaint was filed.   In particular, Plaintiffs should state the date that Plaintiff Charlatan was released from jail in Haiti, if he was in fact released, and explain why Plaintiff Charlatan was in jail in Haiti.   Plaintiffs shall have **TWENTY-ONE (21) DAYS** from the date of this Order to provide this information.   Plaintiffs should also notify the Court in writing of any change in their mailing address.   **Failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of this action.**   There shall be no service in this case until further order of the Court.

> **SO ORDERED**, this 12th day of March, 2020.

s/*Thomas Q. Langstaff*
UNITED STATES MAGISTRATE JUDGE
