**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SPINDY CHARLATAN and MARIE   :
SAINVIL,   :
                                    :
        **Plaintiffs,**   :
    VS.   :      **NO. 7:19-CV-00199-WLS-TQL**
                                      :
CLAYTON COUNTY   :
GOVERNMENT, *et al.*,   :
                                    :
        **Defendants.**   :
_____   :

## ORDER

*Pro se* Plaintiffs Spindy Charlatan and Marie Sainvil have filed a Complaint seeking

relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On March 12, 2020, Plaintiffs were

ordered to amend or supplement their Complaint to explain whether Plaintiff Charlatan

was a prisoner at the time the Complaint was filed. Plaintiffs were given twenty-one (21)

days to comply, and they were warned that the failure to fully and timely comply could

result in the dismissal of their Complaint. *See generally* Order, Mar. 12, 2020, ECF No. 5.

The time for compliance has now passed with no response from Plaintiffs. The

failure to comply with an order of the Court is grounds for dismissal. As such, Plaintiffs

are now **ORDERED** to **RESPOND** and **SHOW CAUSE** why their lawsuit should not be

dismissed for their failure to comply with the Court's previous orders and instructions.

Plaintiffs shall have **TWENTY-ONE (21) DAYS** from the date of this Order to respond.

**Failure to respond to this Order will result in the dismissal of Plaintiffs' Complaint**

**for failure to comply.** Plaintiffs are also reminded of their obligation to notify the Court

of any change of address.  There shall be no service of process until further order of the

Court.

    **SO ORDERED**, this 28th day of April, 2020.

               s/***Thomas Q. Langstaff***
               UNITED STATES MAGISTRATE JUDGE