## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

SPINDY CHARLATAN and MARIE   **:**
SAINVIL,   **:**
  **:**
      **Plaintiffs,**   **:**
    VS.   **:**     **NO. 7:19-CV-00199-WLS-TQL**
  **:**
CLAYTON COUNTY   **:**
GOVERNMENT, *et al.*,   **:**
  **:**
      **Defendants.**   **:**
_____   **:**

## ORDER

Presently pending before the Court is a motion filed by *pro se* Plaintiffs Charlatan and Sainvil requesting additional time to file written objections to the undersigned's recommendation to dismiss Plaintiff Sainvil as a party to this case, pay the Court's filing fee or move to proceed *in forma pauperis*, and recast the Complaint on the Court's standard forms.  In this motion, Plaintiff Sainvil avers that she did not receive the Order and Recommendation until December 9, 2020 and thus requests an additional sixty (60) days to file a response or otherwise comply with the Court's order.  *See* Mot. Ext. Time 1, ECF No. 9.  Plaintiffs' motion (ECF No. 9) is **GRANTED in part**.  Plaintiffs shall have an additional **THIRTY (30) DAYS** from the date of this Order to file any written objections and to fully comply with the Court's November 23, 2020 Order.  **Plaintiffs are reminded that the failure to fully and timely comply with any of the Court's orders and instructions may result in the dismissal of this action.**  Plaintiffs must also keep the

Court apprised of any change in their mailing address.  There shall be no service of process until further order of the Court.

    **SO ORDERED**, this 23rd day of December, 2020.

s/***Thomas Q. Langstaff***
UNITED STATES MAGISTRATE JUDGE
