**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SPINDY CHARLATAN and MARIE SAINVIL,** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| **VS.** | **:** | |
| | **:** | **NO. 7:19-CV-00199-WLS-TQL** |
| **CLAYTON COUNTY GOVERNMENT,** *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| _____ | **:** | |

## <u>ORDER</u>

*Pro se* Plaintiffs Spindy Charlatan and Marie Sainvil have filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On November 23, 2020, the undersigned recommended that Plaintiff Sainvil be dropped from this case, and ordered Plaintiff Charlatan to recast his Complaint on the Court's standard form and either pay the required filing fee or file a motion for leave to proceed *in forma pauperis* pertaining to his own finances. Plaintiff Charlatan was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of his Complaint. *See generally* Order, Nov. 23, 2020, ECF No. 8.

Plaintiffs responded requesting more time to object to the recommendation to drop Plaintiff Sainvil and to comply with the November 23, 2020 Order (ECF No. 9). Plaintiffs' motion was granted in part, and on December 23, 2020, they were advised that they would have an additional thirty (30) days from the date on that order to fully and timely comply.

Plaintiffs were again reminded that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of their Complaint. *See generally* Order, Dec. 23, 2020, ECF No. 10.

The time for compliance has now passed with no response. The failure to comply with an order of the Court is grounds for dismissal. As such, Plaintiff Charlatan is now **ORDERED** to **RESPOND** and **SHOW CAUSE** why his lawsuit should not be dismissed for his failure to fully comply with the Court's previous orders and instructions. Plaintiff Charlatan shall have **TWENTY-ONE (21) DAYS** from the date of this Order to respond. **Failure to respond to this Order will result in the dismissal of Plaintiff's Complaint for failure to comply.** Plaintiff Charlatan is also reminded of his obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 1st day of February, 2021.

s/*Thomas Q. Langstaff*
UNITED STATES MAGISTRATE JUDGE