**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| SPINDY CHARLATAN and MARIE SAINVIL, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-cv-199 (WLS) |
| | : | |
| CLAYTON COUNTY GOVERNMENT, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

On April 20, 2021, the Court entered an Order in the above-captioned case dismissing Plaintiff Marie Sainvil for lack of standing and ordering Plaintiff Spindy Charlatan, the only remaining Plaintiff, to comply with United States Magistrate Judge Thomas Q. Langstaff's Order to Show Cause (Doc. 11) within twenty-one days of the date of entry of the Order, or by no later than Tuesday, May 11, 2021.[1] (Doc. 13.) The Court noted that, over the history of this case, Charlatan has repeatedly failed to follow court orders and comply with deadlines, despite being granted numerous extensions and afforded several second chances. (*Id.*) These failures have resulted in significant delay to this case, which was filed in November 2019. (*Id.*) The Court warned Charlatan that this would be his last chance to comply with Judge Langstaff's Order to Show Cause (Doc. 11) and that he would be granted no more extensions. The Court further warned that "any failure to comply within this time period will not be excused unless Charlatan shows extraordinary cause that was not reasonably foreseeable" and that "if he fails to follow the Court's orders, his lawsuit may be dismissed in its entirety without further notice or proceedings." (Doc. 13 at 4.)

May 11, 2021 came and went, but Charlatan has again failed to respond or otherwise comply with the Court's orders. Accordingly, the above-captioned action is **DISMISSED**

---

[1] Plaintiff Sainvil has filed a notice of appeal with respect to the part of the Court's Order (Doc. 13) dismissing her from the case for lack of standing. (Doc. 14.) Plaintiff Charlatan does not join that appeal.

1

**WITHOUT PREJUDICE** for Charlatan's repeated failure to comply with the Court's orders.

   **SO ORDERED**, this __19th__ day of May 2021.

                              /s/ W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**

2