IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SPINDY CHARLATAN, *et al.*,          :
                                     :
           Plaintiffs,               :
    VS.                              :     NO. 7:19-CV-00199-WLS-TQL
                                     :
CLAYTON COUNTY                       :
GOVERNMENT, *et al*,                 :
                                     :
           Defendants.               :
                                     :

## ORDER

Presently pending before the Court is a motion for leave to appeal *in forma pauperis* filed by *pro se* Plaintiff Marie Sainvil (ECF No. 21). Plaintiff Sainvil apparently seeks to appeal from the Court's April 20, 2021 Order adopting the recommendation of the United States Magistrate Judge to dismiss her from this case (ECF No. 13).[1]

Pursuant to 28 U.S.C. § 1915(a)(1), a court may authorize an appeal of a civil action or proceeding without prepayment of fees or security therefor if the putative appellant has filed "an affidavit that includes a statement of all assets" and "state[s] the nature of the . . . appeal and [the] affiant's belief that the person is entitled to redress."[2] If the trial court

---

[1]Plaintiff Sainvil is the only Plaintiff who signed this motion to proceed *in forma pauperis* and whose financial information is included therein. This motion is therefore construed as applying only to the notice of appeal filed by Plaintiff Sainvil at ECF No. 14. If Plaintiff Charlatan wishes to move for leave to proceed *in forma pauperis* as to the notice of appeal filed at ECF No. 19, he must file his own, signed motion that meets the requirements discussed below.

[2]Federal Rule of Appellate Procedure 24 similarly requires a party seeking leave to appeal *in forma pauperis* to file a motion and affidavit that establishes the party's inability to pay

certifies in writing that the appeal is not taken in good faith, however, such appeal may not be taken *in forma pauperis*. 28 U.S.C. § 1915(a)(3). "'[G]ood faith' . . . must be judged by an objective standard." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). The plaintiff demonstrates good faith when she seeks review of a non-frivolous issue. *Id.*; *see also Morris v. Ross*, 663 F.2d 1032, 1033 (11th Cir. 1981). An issue "is frivolous if it is 'without arguable merit either in law or fact.'" *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). "Arguable means being capable of being convincingly argued." *Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991) (per curiam) (quotation marks and citations omitted); *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (per curiam) ("[A] case is frivolous . . . when it appears the plaintiff 'has little or no chance of success.'") (citations omitted). "In deciding whether an [in forma pauperis] appeal is frivolous, a district court determines whether there is 'a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" *Sun*, 939 F.2d at 925 (citations omitted).

Although Plaintiff Sainvil does not appear to have included a statement of the issues she intends to appeal in her motion, as is required under Fed. R. App. P. 24(a)(1)(C), this Court's independent review of the issues already addressed in the Magistrate Judge's recommendation, and the Court's order adopting the same, demonstrates that Plaintiff Sainvil's appeal is frivolous. *See Hyche v. Christensen*, 170 F.3d 769, 771 (7th Cir. 1999), *overruled on other grounds by Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000) (explaining that the arguments to be advanced on appeal are often obvious and decisions regarding

---

fees and costs, the party's belief that she is entitled to redress, and a statement of the issues which the party intends to present on appeal. Fed. R. App. P. 24(a).

good faith can be made by looking at the "reasoning of the ruling sought to be appealed" instead of requiring a statement from the plaintiff). The appeal, therefore, is not brought in good faith. Plaintiff Sainvil has raised no issues with arguable merit, and her motion for leave to appeal *in forma pauperis* (ECF No. 21) is accordingly **DENIED**. If Plaintiff wishes to proceed with her appeal, she must pay the entire $505 appellate filing fee. Checks should be made payable to "Clerk, U.S. District Court."[3]

SO ORDERED, this 23rd day of June 2021.

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[3] Eleventh Circuit Rule 24-2 generally permits a party to file a motion for leave to proceed *in forma pauperis* in the Eleventh Circuit Court of Appeals "within 30 days after service of notice of the action of the district court denying leave to proceed on appeal in forma pauperis."

3